Núm. 154.—MONTANER, ADMOR., recurrente, v. COMISIÓN INDUSTRIAL DE PUERTO RICO, dmdada. y TIRADO, peticionario ante la Comisión.— Junio 13, 1939.

Por los fundamentos consignados en la opinión emitida ayer en el Recurso de Revisión núm. 155, *Ramón Montaner, etc., recurrente,* v. *Comisión Industrial de P. R., etc.,* demandada, y *Josefina Fuentefría et al.,* peticionarias ante la Comisión (ante, pág. 91), se fijan

en $50 los honorarios del abogado por sus servicios prestados ante este Tribunal, que deberán pagarse con cargo a la compensación que se haya concedido.